UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHAWN MICHAEL HERRON II,

    Plaintiff,

Case No. 17-cv-10091
Hon. Matthew F. Leitman

v.

JOHN DITCHMAN, et al.,

    Defendants.

_____/

## **JUDGMENT**

In accordance with the Order dated September 6, 2017 (ECF #22), the Order dated August 24, 2018 (ECF #35), and the Order dated December 10, 2018 (ECF #39),

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiff.

            DAVID J. WEAVER
            CLERK OF COURT

        By:    s/Holly A. Monda
                Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: December 10, 2018
Flint, Michigan